AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JESUS HERNANDEZ-MUNOZ | CASE NUMBER: 08CR1979-L |

I, JESUS HERNANDEZ-MUNOZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 17, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

JESUS HERNANDEZ
Defendant

Counsel for Defendant

Before
Judicial Officer